Louis Meyer and Another, Copartners, Doing Business under the Firm Name

and Style of MEYER BROS., Respondents, v. JAMES C. DAVIS, Director-General of Railroads, as Agent, etc., Operating the PENNSYLVANIA RAILROAD COMPANY — EASTERN LINES, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Martin and Burr, JJ.